ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

CR19-00471 TUC-RM(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 554(a), 22 U.S.C. § 2778, and 22 C.F.R. §§ 121.1 and 123.1 |
| (1) Leonid Cornejo, Count 1; | (Smuggling Goods From the United States) Count 1 |
| (2) Jesse Cortez-Arguelles, Count 1; | 18 U.S.C. §§ 924(d) and 981(a)(1)(C) Forfeiture Allegation |
| Defendants. | |

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about January 23, 2019, at or near Nogales, in the District of Arizona, Leonid CORNEJO and Jesse CORTEZ-Arguelles knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: one 9mm pistol, two 5.56 caliber rifles, two 9mm firearm magazines, two 30-round 5.56 caliber firearm magazines, 1,030 rounds of 9mm ammunition, and 1,000 rounds of 10mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1;

and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

## FORFEITURE ALLEGATION

Upon conviction of Count One of this Indictment, the defendants, Leonid CORNEJO and Jesse CORTEZ-Arguelles, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one 9mm pistol, two 5.56 caliber rifles, one 9mm firearm magazine, 1,030 rounds of 9mm ammunition, and 1,000 rounds of 10mm ammunition.

Upon conviction of Count One of this Indictment, the defendants, Leonid CORNEJO and Jesse CORTEZ-Arguelles, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, including but not limited to: $1,216 in U.S. currency.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

///

All pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

Assistant U.S. Attorney

Dated: February 20, 2019